IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

A͘          W͘       , A MINOR,
BY AND THROUGH HIS NATURAL GUARDIAN,
SHERI STEWART

versus          NO: 2009-0201(2)

MAKSIN MANAGEMENT CORPORATION, ET AL

### CLERK'S CERTIFICATE

I, <u>Chad Welford</u>, Circuit Clerk, in and for said County, do hereby certify that the

following documents are a true and correct copy of Circuit Court file # 2009-0201(2) as kept in

the office of George County Circuit Clerk.

Given under my hand and seal of office this the ___6___ day of __OCT__, 20_09_.

_____
CHAD WELFORD, CIRCUIT CLERK

**EXHIBIT**

**1**

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
George County

WILNER   VERSUS MASKSIN ET AL

Case # 2001-0201        Acct #        Paid By CHECK 22348      Rct# 16427

```
              CV-CLERK FEE                      85.00
              CV-JURY TAX                        3.00
              CV-SUMMONS ISSUED FEE              2.00
              CV-COURT REPORTER                 10.00
              CV-LAW LIB                         2.50
              CV-SCEF                            2.00
              CV-COURT CONSTITUENTS               .50
              CV-LEGAL ASSISTANCE                5.00
              CV-ELECTRONIC FILING              10.00
```

                                          ===========
                              Total        $120.00

Payment received from RUSHING AND GUICE

Transaction   3273 Received  9/11/2009 at 14:42 Drawer   1 I.D. KDD

Account Balance Due         $0.00              Receipt Amount      $120.00

   By _____  D.C.  Chad Welford, Circuit Clerk

Case # 2001-0201        Acct #        Paid By CHECK 22348      Rct# 16427

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court        Form AOC/01
Administrative Office of Courts        (Rev 2009)

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| 2 0 1 C I Z | 2 0 0 9 | 0 2 0 1 |

County #   Judicial District   Court ID (CH, CI, CO): 0 9 1 1 0 9
Month  Date  Year

This area to be completed by clerk        Local Docket ID
Case Number if filed prior to 1/1/94

In the **CIRCUIT**        Court of **GEORGE**   County  —   Judicial District

**Origin of Suit (Place an "X" in one box only)**

[X] Initial Filing   [ ] Reinstated   [ ] Foreign Judgment Enrolled   [ ] Transfer from Other court   [ ] Other
[ ] Remanded   [ ] Reopened   [ ] Joining Suit/Action   [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual _____ A _____ _____   K. ___ M.I.  Jr/Sr/III/IV
                Last Name       First Name       Maiden Name, if applicable

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
     Estate of _____
____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
     D/B/A or Agency _____

Business _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
     D/B/A _____

Address of Plaintiff  248 Grain Elevator Road, Lucedale, MS  39452
Attorney (Name & Address)  R. Scott Wells, Rushing & Guice, P.L.L.C. P.O.  Box 1925, Biloxi, MS  39533     MS Bar No. 9456
____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
     Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual _____ _____ _____   M.I.  Jr/Sr/III/IV
                Last Name       First Name       Maiden Name, if applicable

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
     Estate of _____
____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
     D/B/A or Agency _____

Business  Maksin Management Corporatin - New Jersey
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
     D/B/A _____
                                                        MS Bar No. _____
Attorney (Name & Address) - If Known _____

**Damages Sought:**   Compensatory $ _____   Punitive $ _____   Check ( x ) if child support is contemplated as an issue in this suit.*
                                    *If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [X] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other | [ ] Other | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other | [ ] Other |

I**N THE** COUNTY _____ C**OURT OF** _____ C**OUNTY**, M**ISSISSIPPI**

_____ J**UDICIAL DISTRICT**, C**ITY OF** _____

Docket No._____ - _____ _____
        File Yr          Chronological No.        Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

## DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
## IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** _____ _____ ( _____ ) _____ _____
                     Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: _____

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** National Union Fire Insurance Company of Pittsburgh, PA - Pennsylvania _____
                Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

A**TTORNEY FOR THIS** D**EFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ ( _____ ) _____ _____
                     Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: _____

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** AIG Life Insurance Company - Delaware _____
                Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

A**TTORNEY FOR THIS** D**EFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) _____ _____
                     Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: _____

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** Mississippi High School Activities Association, Inc. - Mississippi _____
                Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

A**TTORNEY FOR THIS** D**EFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

# RUSHING & GUICE, P.L.L.C.
### ATTORNEYS AT LAW

R. SCOTT WELLS‡
swells@rushingguice.com

604 Porter Avenue
Ocean Springs, MS 39564

P.O. Box 1925
Biloxi, MS 39533-1925

Phone 228-374-2313
Fax 228-875-5987

www.rushingguice.com

September 11, 2009

File No. 7992

Mr. Chad Welford
George County Circuit Clerk
355 Cox Street, Suite C
Lucedale, Mississippi 39452

<u>HAND-DELIVERED</u>

Re:    <u>_____ _____ a Minor, By and Through his Natural Guardian,
Sheri Stewart vs. Maksin Management Corporation, et al.</u>

Dear Mr. Welford:

      Enclosed regarding the above-referenced matter please find the following documents:

      1.     Cover sheet;
      2.     Service Election Form;
      3.     Summonses; and
      4.     Complaint.

      Please file the Complaint and issue the Summonses. A check in the amount of $120.00 is enclosed to cover the cost of filing same.

      With kindest regards, I am

Very truly yours,

RUSHING & GUICE, P.L.L.C.

R. SCOTT WELLS

RSW/sc
Enclosures

{W:\7992\Working Files\e\2009-0911.RSW.clerk.filing complaint.wpd}

‡Licensed In: Mississippi, Louisiana

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

. . . . .                          , A MINOR,

BY AND THROUGH HIS NATURAL
GUARDIAN, SHERI STEWART                                                    **PLAINTIFF**

                                               CAUSE NO. _2009-0201(2)_

**VERSUS**

**MAKSIN MANAGEMENT CORPORATION,**
**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA, AIG LIFE**
**INSURANCE COMPANY AND**
**MISSISSIPPI HIGH SCHOOL ACTIVITIES**
**ASSOCIATION, INCORPORATED,**
**AS THE PRIMARY INSURED**                                                **DEFENDANTS**

## COMPLAINT

COMES NOW the plaintiff,                          a Minor, by and through his

natural guardian, Sheri Stewart, and files this, his Complaint, against the defendants,

Maksin Management Corporation, National Union Fire Insurance Company of Pittsburgh,

PA, AIG Life Insurance Company and Mississippi High School Activities Association,

Incorporated, as the primary insured, and, for good cause of action, states unto the Court

the following, to-wit:

I.

The plaintiff,                          (          ), is the minor child of Sheri Stewart and

is a resident of the State of Mississippi, residing at 248 Grain Elevator Road, Lucedale,

Mississippi 39452.

II.

The defendant Maksin Management Corporation ("Maksin") is believed to be a

foreign corporation organized under the laws of the State of New Jersey and may be

UGHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925
228 374-2313

FILED

SEP 11 2009

Chad Wolford, Circuit Clerk

By: _____ D.C.

Page 1 of 5

served with process at CT Corporation, 645 Lakeland East Drive, Flowood, Mississippi 39232. The defendant National Union Fire Insurance Company of Pittsburgh, PA ("National") is believed to be a foreign insurer organized under the laws of the State of Pennsylvania and may be served with process at Corporation Service Company, 2704 Commerce Drive, Suite B, Harrisburg, Pennsylvania 17110.  The defendant AIG Life Insurance Company ("AIG") is believed to be a foreign insurer organized under the laws of the State of Delaware and may be served with process at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.  The defendant Mississippi High School Activities Association, Incorporated  ("MHSAA") is the primary insured under the applicable policy of insurance and is a Mississippi non-profit corporation which may be served at 145 Millsaps Avenue, Jackson, Mississippi.

III.

Jurisdiction is proper in this Court under Miss. Code Ann. 9-7-81.  Jurisdiction and venue is proper in George County as this is the location where the injuries were sustained, where the cause of action accrued and where the plaintiff resides, and as Defendants were all doing business within George County.

IV.

On or about September 13, 2006, ⸻ was participating in a school sponsored ninth grade football practice in George County, Mississippi when he suffered injuries. ⸻ participated in practice and suffered damage to an artery in his neck, which caused him to have a stroke and suffer other injuries from which he still suffers, and which have left him partially paralyzed.

RUSHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925

228 374-2313

V.

Due to his injuries, .      has suffered immensely and has undergone numerous surgeries, hospital visits, and extensive therapy resulting in great expense.

VI.

The Mississippi High School Activities Association ("MHSAA") secured a catastrophic insurance coverage policy from National, AIG and Maksin in the amount of $2,000,000.00 and said policy covered MHSAA sponsored activities, such as the football practice in which ` ; was injured, and bears policy number AIC0006497. MHSAA is listed as the policy holder on said policy and Plaintiff is a beneficiary. See attached "Exhibit A" which is a copy of a notice of acquisition of policy and notice of claim.

VII.

The plaintiff requested coverage for his medical expenses from National, AIG and Maksin and submitted a claim bearing claim number 0634182302. Maksin is believed to be the third party administrator of the Catastrophic Accident Insurance policy which was underwritten by National and AIG.

VIII.

`   ` has incurred substantial, reasonable, and necessary doctor, medical, hospital, and other related expenses, and Maksin, National and AIG have wilfully and in bad faith failed and/or refused to pay amounts owed under the policy. Maksin, National and AIG have neither supplied a statement of benefits nor a denial of benefits and have failed and/or refused to pay any benefits. Due to the non-receipt of insurance benefits,         has not always had the best treatment or equipment available to assist his recovery from his injuries and may have sustained additional injuries due to a lack of funding. Maksin,

USHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925
—
228 374-2313

Page 3 of 5

National and AIG should be held liable for the amount of insurance coverage which was available and for any such additional damages based upon their negligence and/or intentional acts which deprived / of needed medical care and treatment.

IX.

Furthermore, under Miss. Code Ann. 11-1-65, Maksin, National and AIG lack any arguable or legitimate basis to deny or fail to provide coverage to / and have acted maliciously and/or with gross negligence, and should be held liable for punitive damages in an amount not less than the sum of Two Hundred Million Dollars ($200,000,000.00), or in an amount consistent with the scheme accepted within the State of Mississippi for the awarding of punitive damages.

WHEREFORE, Plaintiff prays that after due proceedings are had that a Judgment be rendered in favor of the Plaintiff and against Maksin Management Corporation, National Union Fire Insurance Company of Pittsburgh, PA and AIG Life Insurance Company for insurance coverage and proceeds to which Plaintiff may be entitled under the policy of insurance, for damages in an amount to be proven at the trial of this cause, said damages including actual damages, compensatory damages and any other such damages which Plaintiff has suffered as a result of the actions or negligence of Maksin Management Corporation, National Union Fire Insurance Company of Pittsburgh, PA and AIG Life Insurance Company and which may be proven at the trial of this cause but not less than Twenty Million Dollars ($20,000,000.00), for punitive damages in an amount not less than ten times the amount of damages to which Plaintiff is entitled, or the sum of Two Hundred Million Dollars ($200,000,000.00), or such an amount which is consistent with the scheme accepted by the State of Mississippi for the awarding of such damages,

USHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925
228 374-2313

Page 4 of 5

for all costs of this cause and for such other relief to which Plaintiff may be entitled under

the premises.

Respectfully submitted,

BY: _____

R. SCOTT WELLS
Mississippi Bar #9456
RUSHING & GUICE, P.L.L.C.
P. O. Box 1925
Biloxi, MS 39533
Telephone: (228) 374-2313
Fax: (228) 875-5987

ATTORNEYS FOR PLAINTIFF.
                                    A
MINOR, BY AN THROUGH HIS
NATURAL GUARDIAN, SHERI
STEWART

W:\7992\Working Files\p\2009-0910.Complaint.Maksin.wpd

RUSHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925

228 374-2313

Page 5 of  5

## Mississippi High School Activities Association, Inc.

1201 Clinton/Raymond Road, P.O. Box 127
Clinton, Mississippi 39060
601-924-6400   Fax: 601-924-1725

Ennis H. Proctor, Ed.D
Executive Director

Charles Barron
President

N. Z. Bryant
Deputy Director

Larry Thomas
Associate Director

Website: www.misshsaa.com



**TO:**       Superintendents, High School and Junior High School Principals

**FROM:**     Ennis H. Proctor  *EHP*

**SUBJCET:**  Catastrophic Insurance

**DATE:**     August 22, 2006

  Hope all of you are having a good year.  As I mentioned to you at our district meetings, we have secured catastrophic insurance in the amount of $2,000,000 for the 2006-2007 school year with The Maksin Group out of New Jersey.  There is a $25,000 deductible and a guaranteed pay out to anyone whose medical expenses exceed $25,000. Our students will have two years after the date of the injury or accident to satisfy the deductible.

  Mr. Jerry Lyons, a former coach and now President of Jerry Lyons Agency, will be the local administrator for our policy.  Please contact his office 800-264-6593 or Jackson area 601-977-0170 if you have a claim and he will provide you with the services that are necessary.  Enclosed is a brochure for you to keep on file explaining the insurance coverage.  Remember that all of the activities sponsored by the MHSAA are covered under this policy and not just the athletic programs.

  Thank you for your cooperation.


mls

Enclosure




**EXHIBIT A**

# NOTIFICATION OF INJURY

**AIG LIFE INSURANCE COMPANY**

MAIL TO:    JERRY LYONS AGENCY

~~MAIL CLAIM FORM TO:~~
MAKSIN MANAGEMENT CORP.
CN 9800
PENNS AUKEN, NJ 08110
(800) 257-5250

*RECEIVED OCT 0 5 2006*
*JERRY LYONS AGENCY, P.A.*

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

"MHSAA/CATASTROPHIC PLAN"

2006-2007    SEE CLAIM INSTRUCTIONS ON THE BACK OF THIS FORM.

**FOR OFFICE USE ONLY**

Policy Number
AIC 0006497

Reference Number
AMB404587,

Coverage Code
062823525

2006-2007

---

"MHSAA/CATASTROPHIC PLAN"    **PART I – SCHOOL REPORT**    "MHSAA/CATASTROPHIC PLAN"

1. Name of School  GEORGE COUNTY HIGH    2. School District  GEORGE COUNTY SCHOOL DISTRICT

| 3. Name of Student | Last | First | Middle Initial | 4. Social Security No. 3375 | 5. Grade 9 | 6. Birthdate /92 | 7. Sex M |
|---|---|---|---|---|---|---|---|

8. Nature of Injury (Please describe fully indicating what part of body was injured – e.g. broken arm, sprained ankle, etc.)
Ruptured artery in neck which led to stroke.

9. Describe how accident occurred. (Give all possible details.) MUST BE A BODILY INJURY DUE TO ACCIDENT.
Received blow to neck during practice.

9A. Was the accident school-related?  ☑ Yes    ☐ No

| 10. Did Accident Occur: | Yes | No | 11. a) Date of Accident | 12. Name of Activity |
|---|---|---|---|---|
| a) While claimant was supervised | ☑ | ☐ | Sept. 13, 2006 | 9th Grade Football practice |
| b) During sponsored activity | ☑ | ☐ | b) Time | |
| c) During programmed hours | ☑ | ☐ | 4:30 p.m. | |
| d) On activity premises | ☑ | ☐ | c) Place | 13. Name and Title of Supervisor |
| e) While traveling directly and uninterruptedly to or from home premises and school for regular school sessions or school sponsored and supervised activities. | ☐ | ☐ | football practice field | Kirk Ladner-9th grade Head Coach Al Jones – Athletic Dir. |

14. Signature of School Officer  Al Jones    15. Title  A.A./Head F.B.    16. Date  10-2-06

---

**NO CLAIM WILL BE PROCESSED UNLESS ALL INSTRUCTIONS ARE FOLLOWED AND FORM IS COMPLETED IN FULL**

**PART II – TO BE COMPLETED BY PARENT OR GUARDIAN**

1. Name of Father or Guardian  Martin Wilner / Michael Stewart    2. Social Security No. 9222 / 587-8c-0739

3. Name of Mother or Guardian  Sheri G Stewart    4. Social Security No. -8762

5. Address, City, State, of Parents or Guardian/or Claimant    5A. Telephone Number
248 Grain Elevator    (601-766-3746 / 832-588-0550)

6A. Father or Guardian's Insurance Company(ies)  Fox-Everett-Fox5TOYTHM (group#)    6B. Mother or Guardian's Insurance Company(ies)  Bluecross Blue Shield (R587 1000)    Check One: ☐ Individual ☑ Group

7A. Name, Address, City, State, and Phone Number of Father or Guardian's Employer
VT. Halter Marine
Elder Ferry Rd Moss Point ms
828-475-1211 (Member # FES700445-10)

7B. Name, Address, City, State, and Phone Number of Mother or Guardian's Employer
Dept. of Homeland Sec. (FEMA
Hwy 90 O.Springs ms
832-588-0550

List other insurance policies under which claimant is insured

| Company | Policy No. | |
|---|---|---|
| 1. Fox.Everett-vt Halter | FOX5TOYTHM | ☐ Individual ☑ Group |
| | 1A. FES700445-10 | |
| 2. Blue C / BlueS - Fed Emp | R59380746 | ☐ Individual ☑ Group |
| | 2A. | |

Affidavit: I verify that the above statement on other insurance is accurate and complete. I understand that the intentional furnishing of incorrect information in the U.S. Mail may be fraudulent and violate federal laws as well as state laws.

Signature of Parent or Guardian  Sheri G Stewart    Date  09-25-06

Authorization: I hereby authorize any physician or hospital who has treated or attended the above claimant to furnish the insurance company or its representative any information requested. A photocopy of this authorization is to be considered valid.

Signature of Insured (Parent or Guardian if insured is under 18)  Sheri G Stewart    Date  09-25-06

Accident insurance coverage is available to cover students for accidental injury or accidental death occurring while the policy is in force. Maksin Management Corp is the administrator of this coverage.

Benefits are provided on a **full excess or primary excess** basis for covered expenses incurred within a certain time period* after the date of the accident.

**Full Excess** means that benefits are payable to the applicable maximum for covered expenses that are in excess of other valid and collectible insurance.

You must submit your claim to your insurance company first. When you receive their Explanation of Benefits (EOB), send it to us, along with corresponding itemized bills. We will pay benefits for eligible expenses per the terms of the policy.

**Primary Excess** means that benefits are payable for the first $100 of eligible covered expenses, without regard to other insurance. Additional eligible covered expenses will be paid only if they are in excess of other valid and collectible insurance.

Submit your claim to Maksin Management Corp first. We will pay the first $100 of eligible covered expenses. You must then submit your claim to your insurance company. When you receive their Explanation of Benefits (EOB), send it to us, along with corresponding itemized bills. We will pay benefits for eligible expenses per the terms of the policy.

If your medical coverage is under an HMO, PPO or similar plan, you must follow their requirements for obtaining benefits, otherwise our benefits may be reduced, where applicable, as stated in the policy provisions. This restriction does not apply in every state.

**Primary** coverage is available under voluntary plans. Primary means that benefits are payable for covered expenses from the first dollar, without regard to other insurance, according to the terms of the policy.

## CLAIM INSTRUCTIONS
In case of accident, notify the school immediately.

1. Treatment must commence within 90 days from the date of the injury.
2. Please be sure to notify **ALL** treatment facilities (Doctor's Office, Hospital, etc.) of this insurance coverage so that the invoices can be sent directly from the medical facility to The Maksin Group for payment.
3. Send this claim form to us within 90 days from the date of the injury. DO NOT leave this form with the school, coach, hospital, physician, etc.
4. Do not leave any blank spaces or write "N/A" in a space. If either parent is uninvolved, deceased, unemployed, self-employed or disabled, please state so. If you do not have insurance, please state "no insurance". If you are employed, please provide us with a statement from your employer that the claimant has no insurance. (Our office will submit an insurance questionnaire to your employer to be used as verification of no dependent coverage).
5. If your child is insured under Medicaid, please indicate this.
6. Please attach itemized bills to the claim form, or mail them as soon as possible. An itemized bill includes treatment rendered, the dates of the treatment, physician's or hospital's name, address and tax I.D. number, and diagnosis code. Balance Due bills are **not** acceptable.
7. If you have other insurance, your insurance company will send you an Explanation of Benefits (EOB) which shows what they paid or denied. We need a copy of the EOB for each itemized bill submitted to us.
8. Or, your provider(s) may forward the itemized bills to us along with the corresponding EOBs.
9. Our address is Maksin Management Corp, CN 98000, Pennsauken, NJ 08110. Customer Service can be reached on 800-257-6250. We will be happy to assist you.
10. Benefits are paid to the providers of service unless we receive paid receipts.

*All policies have a limited benefit period. The insured will be covered for a minimum of one year from the date of the accident. For the exact benefit period of the claim, contact Maksin Management or your school.

# IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI
## STATE OF MISSISSIPPI

### CIVIL ACTION FILE NO. *2009-0201 (2)*

### PLAINTIFF'S ELECTION FORM FOR SERVICE OF PROCESS:

Plaintiff, by attorney hereby elects service of process by the method indicated below:

**A. ( )** By the Sheriff of the county in which the Defendant or Defendants resides for service under subparagraph (c) (2) of Rule 4 of the Mississippi Rules of Civil Procedure.

**B. ( )** By a Process Server elected by the Plaintiff who is not a party and is not less than 18 years of age for service under subparagraphs (c) (1) of Rule 4 of the Mississippi Rules of Civil Procedure.

**C. (XX)** By mail as provided by (c) (3) of Rule 4 of the Mississippi Rules of Civil Procedure.

**D. ( )** By Publication as authorized under subparagraph (c) (4) of Rule 4 of the Mississippi Rules of Civil Procedure.

**E. ( )** By certified mail on person outside of state as provided under subparagraph (c) (5) of Rule 4 of the Mississippi Rules of Civil Procedure.

**F. ( )** Do not issue summons in this case as it is my intention to get a waiver from the Defendant or Defendants. I will file this waiver as soon as it is secured.

This the _11_ day of _September_, 2009.

FILED

SEP . 1 2009

Chad Welford, Circuit Clerk

By:_____ D.C.

RUSHING & GUICE, P. L. L. C.
**Attorneys for Plaintiff**

_____
R. SCOTT WELLS
Mississippi Bar #9456

## IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

BY AND THROUGH HIS MOTHER,
SHERI STEWART

**PLAINTIFF**

VS.

NO. 2009-0301(2)

MAKSIN MANAGEMENT CORPORATION,
ET AL.

**DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON

**TO:** Mississippi High School Activities
Association, Inc.
145 Millsaps Avenue
Jackson, Mississippi

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **Rushing & Guice, P. L. L. C.**, the attorneys for the Plaintiff, whose address is **Post Office Box 1925, Biloxi, Mississippi 39533-1925**. Your response must be mailed or delivered within thirty (30) days from the date of deliver of this summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, on this the _11_ day of _Sept_, 2009.

GEORGE COUNTY CIRCUIT CLERK

(SEAL)

BY: _Kim Davis_, D.C.

## IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI
## STATE OF MISSISSIPPI

### CIVIL ACTION FILE NO. _2009-0201 ②_

### PLAINTIFF'S ELECTION FORM FOR SERVICE OF PROCESS:

Plaintiff, by attorney hereby elects service of process by the method indicated below:

**A. (  )** By the Sheriff of the county in which the Defendant or Defendants resides for service under subparagraph (c) (2) of Rule 4 of the Mississippi Rules of Civil Procedure.

**B. (  )** By a Process Server elected by the Plaintiff who is not a party and is not less than 18 years of age for service under subparagraphs (c) (1) of Rule 4 of the Mississippi Rules of Civil Procedure.

**C. (  )** By mail as provided by (c) (3) of Rule 4 of the Mississippi Rules of Civil Procedure.

**D. (  )** By Publication as authorized under subparagraph (c) (4) of Rule 4 of the Mississippi Rules of Civil Procedure.

**E. (XX )** By certified mail on person outside of state as provided under subparagraph (c) (5) of Rule 4 of the Mississippi Rules of Civil Procedure.

**F. (  )** Do not issue summons in this case as it is my intention to get a waiver from the Defendant or Defendants.  I will file this waiver as soon as it is secured.

This the __11__ day of ___September___, 2009.

**RUSHING & GUICE, P. L. L. C.**
**Attorneys for Plaintiff**

R. SCOTT WELLS
Mississippi Bar #9456

SEP 14 2009

## IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

BY AND THROUGH HIS MOTHER,
SHERI STEWART

**PLAINTIFF**

VS.

NO. *2009-0201(3)*

MAKSIN MANAGEMENT CORPORATION,
ET AL.

**DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON

TO:   Maksin Management Corporation
     c/o CT Corporation
     645 Lakeland East Drive
     Flowood, Mississippi 39232

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **Rushing & Guice, P. L. L. C.**, the attorneys for the Plaintiff, whose address is **Post Office Box 1925, Biloxi, Mississippi 39533-1925**. Your response must be mailed or delivered within thirty (30) days from the date of deliver of this summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, on this the _11_ day of _Sept_____, 2009.

GEORGE COUNTY CIRCUIT CLERK

BY: _Kim Davis_____, D.C.

(SEAL)

RUSHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925

228 374-2313

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

BY AND THROUGH HIS MOTHER,
SHERI STEWART                                              **PLAINTIFF**

VS.                                                        NO. 2009-0201(2)

MAKSIN MANAGEMENT CORPORATION,                            **DEFENDANTS**
ET AL.

## SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON

**TO:**   National Union Fire Insurance Company
          of Pittsburgh, P.A.
          c/o Corporation Service Company
          2704 Commerce Drive, Suite B
          Harrisburg, Pennsylvania 17110

## NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **Rushing & Guice, P. L. L. C.**, the attorneys for the Plaintiff, whose address is **Post Office Box 1925, Biloxi, Mississippi 39533-1925.** Your response must be mailed or delivered within thirty (30) days from the date of deliver of this summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, on this the *12* day of *Sept*, 2009.

GEORGE COUNTY CIRCUIT CLERK

RUSHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925
228 374-2313

(SEAL)                          BY: *Kim Davis*, D.C.

## IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

BY AND THROUGH HIS MOTHER,
SHERI STEWART                                                    **PLAINTIFF**

VS.                                                          NO. *2009-22012*)

MAKSIN MANAGEMENT CORPORATION,
ET AL.                                                         **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON

TO:   **AIG Life Insurance Company**
      **2711 Centerville Road, Suite 400**
      **Wilmington, Delaware 19808**

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **Rushing & Guice, P. L. L. C.**, the attorneys for the Plaintiff, whose address is **Post Office Box 1925, Biloxi, Mississippi 39533-1925**. Your response must be mailed or delivered within thirty (30) days from the date of deliver of this summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, on this the *11* day of *Sept*, 2009.

GEORGE COUNTY CIRCUIT CLERK

(SEAL)                    BY: *Kim Davis*, D.C.

## IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

**BY AND THROUGH HIS MOTHER,**
**SHERI STEWART**                                          **PLAINTIFF**

**VS.**                                        NO. 2009-0201(3)

**MAKSIN MANAGEMENT CORPORATION,**
**ET AL.**                                                **DEFENDANTS**

FILED

SEP 2009

Chad Welford, Circuit Clerk
By: S.H. D.C.

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON



**TO:    Maksin Management Corporation**
**c/o CT Corporation**
**645 Lakeland East Drive**
**Flowood, Mississippi 39232**

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND**
**YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to

**Rushing & Guice, P. L. L. C.,** the attorneys for the Plaintiff, whose address is **Post Office Box**

**1925, Biloxi, Mississippi 39533-1925.**  Your response must be mailed or delivered within thirty

(30) days from the date of deliver of this summons and Complaint or a Judgment by default will

be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

Issued under my hand and the seal of said Court, on this the _11_ day of

_____, 2009.

RUSHING & GUICE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 1925
BILOXI, MS 39533-1925

228 374-2313

GEORGE COUNTY CIRCUIT CLERK

(SEAL)                    BY: _Kim Davis_____, D.C.

STATE OF MISSISSIPPI
COUNTY OF RANKIN
I have this day executed the within writ by personally
delivering true copies of the within writ

to *Meksin Management Corp*
By Serving C. T. Corp Agent *Ronnie Jones*
This the 18th day of *Sept*, 20 09
RONNIE PENNINGTON, SHERIFF

BY _____ D.S.